AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Kforce, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18cv451 (CMH/JFA) |
| ThomasRiley Strategies, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ThomasRiley Strategies, LLC - 1455 Pennsylvania Ave., NW, Suite 400, Washington, DC 20004

Date: 05/08/2018

*Attorney's signature*

Adam L. Shaw, Va. Bar No. 89559
*Printed name and bar number*
BRYAN CAVE LEIGHTON PAISNER LLC
1155 F Street NW
Washington DC 20004-1357
*Address*

adam.shaw@bclplaw.com
*E-mail address*

(202) 508-6078
*Telephone number*

(202) 508-6200
*FAX number*