**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Kforce, Inc.,<br><br>      Plaintiff,<br><br>      v.<br><br>ThomasRiley Strategies, LLC,<br><br>      Defendant. | Civil Action No. 1:18-cv-00451 (CMH/JFA) |

**MOTION FOR AN EXTENSION OF TIME TO ANSWER**

Defendant ThomasRiley Strategies, LLC ("TRS"), by and through its undersigned attorney, submits this motion for a thirty-day extension of time until June 14, 2018 to respond to the Complaint in this matter. In support of this motion, TRS states as follows:

1. Plaintiff filed the Complaint on April 18, 2018.

2. TRS was served with the Complaint on or about April 20, 2018 and is currently required to answer or otherwise respond on or before May 14, 2018.

3. There is good cause for granting a thirty-day extension of time to answer or otherwise respond to the Complaint until June 14, 2018 because:

    a. TRS is diligently investigating the facts and law asserted in the Complaint;

    b. The parties are actively engaged in negotiations to settle the matter;

    c. Such an extension will afford the parties additional time needed to negotiate and finalize the terms of settlement and execute thereupon;

    d. Such an extension would not prejudice Plaintiff because no scheduling order has been entered; and

    e. Such an extension would be the first granted in this case.

4. Counsel for Plaintiff has not indicated whether Plaintiff opposes an extension.

5. A proposed Order granting this motion has been filed herewith.

WHEREFORE, TRS prays that this Court order that the time for Defendant to answer or otherwise respond to the Complaint be continued up to and including June 14, 2018.

Date: May 11, 2018

Respectfully submitted,

THOMASRILEY STRATEGIES, LLC

/s/  Adam L. Shaw

By: Adam L. Shaw, Esq.
Virginia Bar No. 89559
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW, Suite 700
Washington, DC  20004
Phone - (202) 508-6000
Fax - (202) 508-6200
adam.shaw@bclplaw.com

*Counsel for Defendant*
    *ThomasRiley Strategies, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark H. Churchhill
Holland & Knight LLP
mark.churchill@hklaw.com
1650 Tyson Boulevard, Suite 1700
Tysons, VA 22102

                                                /s/ Adam L. Shaw
                                                Adam L. Shaw