IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| Kforce, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>ThomasRiley Strategies, LLC,<br><br>    Defendant. | Civil Action No. 1:18-cv-00451 (CMH/JFA) |

## STIPULATION FOR DISMISSAL

PLEASE TAKE NOTICE that the parties, Kforce, Inc., and ThomasRiley Strategies, LLC (together the "Parties"), hereby stipulate to dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties shall bear their own fees and costs. This Court shall have jurisdiction to enforce the terms of the Settlement Agreement executed on July 2, 2018.

Dated this 9th day of July, 2018.

| KFORCE, INC. | THOMASRILEY STRATEGIES, LLC |
|---|---|
| /s/ Mark H. Churchill | /s/ Adam L. Shaw |
| By: Mark H. Churchill (Va. Bar No. 42663)<br>mark.churchill@hklaw.com<br>Holland & Knight LLP<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, VA 22102<br>Phone - (703) 720-8600<br>Fax - (703) 720-8610 | By: Adam L. Shaw (Va. Bar No. 89559)<br>adam.shaw@bryancave.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1155 F Street NW<br>Washington, DC 20004<br>Phone - (202) 508-6000<br>Fax - (202) 508-6200 |
| *Counsel for Plaintiff Kforce, Inc.* | *Counsel for Defendant ThomasRiley Strategies* |

SO ORDERED.

July 10, 2018

_____
United States District Court Judge